UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ELLISTON,<br><br>    Petitioner,<br><br>v.<br><br>PAUL THOMPSON,<br><br>    Respondent. | No. 2:21-cv-01680-KJM-CKD P<br><br><br>ORDER TO SHOW CASE |

    Petitioner is a federal inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2241. In his habeas application, petitioner requested that the Bureau of Prisons "immediately record his earned time credits in order for [p]etitioner to be placed immediately on home confinement." ECF No. 1 at 9.

    On November 19, 2021, respondent filed a motion to dismiss the § 2241 petition. ECF No. 7. Petitioner has not filed an opposition or otherwise responded to the motion to dismiss. However, the court's review of the Federal Bureau of Prisons Inmate Locator website indicates that petitioner was released from confinement on December 23, 2021. See https://www.bop.gov/inmateloc/; see also ECF No. 7-2 at 2 (indicating a projected good conduct release date of December 24, 2021). Based on the change in his custody status, the court will order petitioner to show cause why the pending § 2241 petition should not be dismissed as moot.

    Accordingly, IT IS HEREBY ORDERED that petitioner show cause in writing within 21

1

days from the date of this order why the pending § 2241 petition should not be dismissed as moot based on his release from incarceration.

Dated: January 31, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/elli1680.osc.2241.moot.docx