UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ELLISTON, | No. 2:21-cv-01680-KJM-CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| PAUL THOMPSON, | |
| Respondent. | |

      Petitioner is a federal inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  In his habeas application, petitioner requested that the Bureau of Prisons "immediately record his earned time credits in order for [p]etitioner to be placed immediately on home confinement."  ECF No. 1 at 9.  On February 1, 2022, the court ordered petitioner to show cause within 21 days why the habeas petition should not be dismissed as moot in light of his release from the Federal Bureau of Prisons.  ECF No. 9.  Petitioner did not respond to the court's order and his service copy of the order was returned on February 14, 2022 indicating that he was no longer in custody at FCI-Herlong.

      Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's application for a writ of habeas corpus be dismissed as moot based on petitioner's release from prison.

2. Respondent's motion to dismiss (ECF No. 7) be denied as unnecessary.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 1, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/elli1680.F&R.2241.moot.CJRA

2